| | |
|---|---|
| 1 | **LAQUER, URBAN, CLIFFORD & HODGE LLP** |
| 2 | J. Paul Moorhead, State Bar No. 240029 |
|   | 225 South Lake Avenue, Suite 200 |
| 3 | Pasadena, California 91101-3030 |
|   | Telephone: (626) 449-1882 |
| 4 | Facsimile: (626) 449-1958 |
|   | moorhead@luch.com |
| 5 | |
| 6 | Counsel for Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, et al., |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et al., | Case No.: CV 12-04049 JAK(JEMx) |
| Plaintiffs, | Assigned to the Honorable John A. Kronstadt |
| vs. | **NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT** |
| PC ELECTROCRAFT, INC., etc. | Filed Separately, Concurrently, and in Support Thereof: |
| Defendant. | 1. Memorandum of Points and Authorities; |
| | 2. Declaration of Richard Reed; |
| | 3. Declaration of Kathleen Johnson; |
| | 4. Declaration of Douglas Waite; |
| | 5. Declaration of J. Paul Moorhead; |
| | 6. [Proposed] Judgment |
| | HEARING: |
| | Date:  Monday, August 6, 2012 |
| | Time:  8:30 a.m. |
| | Court: 255 E. Temple Street |
| |         Los Angeles, CA 90012 |
| |         Courtroom 750 |

///

///

///

1

566569.DOC

TO THE HONORABLE JOHN A. KRONSTADT, UNITED STATES DISTRICT COURT JUDGE, CENTRAL DISTRICT OF CALIFORNIA:

Please take notice that on August 6, 2012, at 8:30 a.m., or as soon thereafter as counsel may be heard, plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, et al. (collectively the "Trusts"), will move the Court in Courtroom 750, located at 255 E. Temple Street, Los Angeles, CA 90012, before the John A. Kronstadt, United States District Court Judge, for entry of default judgment in favor of the Trusts and against defendant PC Electrocraft, Inc., a California corporation also doing business as "P C Electro Craft Inc" ("PC Electrocraft"), for the principal amount of $412,819.73, attorneys' fees of $15,660.00, and costs of $409.00.

This motion will be made on the grounds that the complaint in this action was filed on May 9, 2012, that the summons and complaint was duly served on PC Electrocraft on May 16, 2012, that no answer or other response to the complaint has been filed, that the default of PC Electrocraft was entered in the Civil Docket in the office of the Clerk of this Court on June 28, 2012, and that no proceedings have been taken to set aside the default.

This motion does not seek a default judgment against an infant or incompetent person, nor does the Soldiers' and Sailors' Relief Act of 1940 apply in this action. This motion will be based on this notice of motion and motion, the declarations of Richard Reed, Kathleen Johnson, Douglas Waite, and J. Paul Moorhead, the memorandum of points and authorities filed herewith, the proposed judgment lodged herewith, and on all the pleadings and documents on file herein.

Respectfully Submitted:

Dated: July 5, 2012    LAQUER, URBAN, CLIFFORD & HODGE LLP

By: */S/ - J. Paul Moorhead*
J. Paul Moorhead, Counsel for Plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, et al.

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is: 225 South Lake Avenue, Suite 200, Pasadena, California 91101-3030.

On July 5, 2012, I served the foregoing document(s) described below:

**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT**

on the interested parties in this action by placing a true copy thereof in a sealed envelope(s) addressed to:

PC Electrocraft, Inc.          *Defendant*
725 Battery Street
San Pedro. CA 90731


**XXX** (BY MAIL) I caused said envelope(s) with first class postage prepaid to be placed in the United States mail at Pasadena, California.

_____ (BY E-MAIL TRANSMISSION) I caused a true and complete copy of the document described above to be transmitted by e-mail transmission to the e-mail address set forth above.

_____ (BY PERSONAL SERVICE) I caused said envelope(s) to be delivered by hand to the office or the residence of the addressee as shown above.

_____ (BY FACSIMILE TRANSMISSION) I caused a true and complete copy of the document described above to be transmitted by facsimile transmission to the telephone number(s) set forth opposite the name(s) of the person(s) set forth above.

_____ (BY OVERNIGHT DELIVERY) I caused said envelope(s) with prepaid delivery charges to be placed in the UPS Box at Pasadena, California.

Executed on July 5, 2012, at Pasadena, California.

_____ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**XXX** (FEDERAL) I declare that I am employed by a member of the Bar of this Court, and that this service was made under the supervision of said attorney.

Gina Marston

PROOF OF SERVICE