**LAQUER, URBAN, CLIFFORD & HODGE LLP**
J. Paul Moorhead, State Bar No. 240029
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Telephone: (626) 449-1882
Facsimile: (626) 449-1958
moorhead@luch.com

Counsel for Plaintiffs, Trustees of the Southern California
IBEW-NECA Pension Plan, et al.,

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>PC ELECTROCRAFT, INC., etc.<br><br>Defendant. | Case No.: CV 12-04049 JAK(JEMx)<br><br>Assigned to the Honorable John A. Kronstadt<br><br>**DECLARATION OF DOUGLAS WAITE IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**<br><br>HEARING:<br>Date:  Monday, August 6, 2012<br>Time:  8:30 a.m.<br>Court:  255 E. Temple Street<br>          Los Angeles, CA 90012<br>          Courtroom 750 |

I, Douglas Waite, declare and state:

    1.    I am over 18 years of age and work in the County of Los Angeles, State of California. If called as a witness in this action, I would testify to the following based on my personal knowledge.

    2.    I am a certified public accountant and a principal in the firm of Miller, Kaplan, Arase & Company LLP. I have practiced my profession in that firm for more than ten years.

///

1

Declaration of Douglas Waite

566582.DOC

3. Miller, Kaplan, Arase & Company LLP has offices located at 4123 Lankershim Blvd., North Hollywood, California. Miller, Kaplan, Arase & Company LLP provides a variety of accounting services such as auditing, including health & welfare claims audits and employer audits, general accounting; tax preparation and consultation. Our clients include many of the multi-employer, Taft-Hartley Trust Funds in Southern California.

4. Based on my experience in providing professional accounting services to the clients of Miller, Kaplan, Arase & Company LLP, I am personally familiar with the hourly rates of legal fees charged to our clients by various law firms for legal advice and representation. The hourly rates currently charged to the trust funds with which I am familiar range from a low of $125.00 per hour to $300.00 per hour or higher, with a majority of law firms charging between $200.00 per hour and $300.00 per hour.

5. I have reviewed the hourly rates charged by Laquer, Urban, Clifford & Hodge LLP, which are $220.00-$280.00 per hour for attorneys and $95.00 per hour for paralegals, with respect to the Southern California IBEW-NECA Trust Funds. I believe these hourly rates for attorneys are reasonably within the range of fees charged by law firms for similar services in this area.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct, and that this declaration was executed on 7/2/12, 2012, at North Hollywood, California.

By: _____
Douglas Waite

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is: 225 South Lake Avenue, Suite 200, Pasadena, California 91101-3030.

On July 5, 2012, I served the foregoing document(s) described below:

**DECLARATION OF DOUGLAS WAITE IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**

on the interested parties in this action by placing a true copy thereof in a sealed envelope(s) addressed to:

PC Electrocraft, Inc.                    ***Defendant***
725 Battery Street
San Pedro. CA 90731

**XXX** (BY MAIL) I caused said envelope(s) with first class postage prepaid to be placed in the United States mail at Pasadena, California.

____ (BY E-MAIL TRANSMISSION) I caused a true and complete copy of the document described above to be transmitted by e-mail transmission to the e-mail address set forth above.

____ (BY PERSONAL SERVICE) I caused said envelope(s) to be delivered by hand to the office or the residence of the addressee as shown above.

____ (BY FACSIMILE TRANSMISSION) I caused a true and complete copy of the document described above to be transmitted by facsimile transmission to the telephone number(s) set forth opposite the name(s) of the person(s) set forth above.

____ (BY OVERNIGHT DELIVERY) I caused said envelope(s) with prepaid delivery charges to be placed in the UPS Box at Pasadena, California.

Executed on July 5, 2012, at Pasadena, California.

____ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**XXX** (FEDERAL) I declare that I am employed by a member of the Bar of this Court, and that this service was made under the supervision of said attorney.

Gina Marston

**PROOF OF SERVICE**