**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, CONTRACT COMPLIANCE FUND and the LOS ANGELES ELECTRICAL WORKERS CREDIT UNION,<br><br>        Plaintiffs,<br><br>  vs.<br><br>PC ELECTROCRAFT, INC., a California corporation, also doing business as "P C ELECTRO CRAFT INC"<br><br>        Defendant. | Case No.: CV 12-04049 JAK(JEMx)<br><br>Assigned to the Honorable John A. Kronstadt<br><br>**[Proposed] JUDGMENT** |

///

///

///

1

567592.DOC

Judgment

1  Upon application by plaintiffs herein for a default judgment pursuant to Fed. R.
2  Civ. Proc. 55(b), and it appearing to the Court that the default of defendant PC
3  Electrocraft, a California corporation, also doing business as "P C Electro Craft Inc", was
4  entered on June 28, 2012, in the office of the Clerk of this Court; and that no proceedings
5  have been taken by the defendant since default was entered, and for good cause shown,

6  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the plaintiffs,
7  Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern
8  California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County
9  Electrical Educational and Training Trust Fund, Trustees of the Southern California
10 IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National
11 Electrical Benefit Fund, Contract Compliance Fund and the Los Angeles Electrical
12 Workers Credit Union, shall recover from defendant PC Electrocraft, a California
13 corporation, also doing business as "P C Electro Craft Inc" the principal amount of
14 $412,819.73, plus attorneys' fees of $15,660.00, costs of suit of $409.00, and post-
15 judgment interest as provided by law.

17 Date: _____   _____
18                               UNITED STATES DISTRICT JUDGE

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is: 225 South Lake Avenue, Suite 200, Pasadena, California 91101-3030.

On July 5, 2012, I served the foregoing document(s) described below:

**[Proposed] JUDGMENT**

on the interested parties in this action by placing a true copy thereof in a sealed envelope(s) addressed to:

PC Electrocraft, Inc.          *Defendant*
725 Battery Street
San Pedro, CA 90731

**XXX** (BY MAIL) I caused said envelope(s) with first class postage prepaid to be placed in the United States mail at Pasadena, California.

____ (BY E-MAIL TRANSMISSION) I caused a true and complete copy of the document described above to be transmitted by e-mail transmission to the e-mail address set forth above.

____ (BY PERSONAL SERVICE) I caused said envelope(s) to be delivered by hand to the office or the residence of the addressee as shown above.

____ (BY FACSIMILE TRANSMISSION) I caused a true and complete copy of the document described above to be transmitted by facsimile transmission to the telephone number(s) set forth opposite the name(s) of the person(s) set forth above.

____ (BY OVERNIGHT DELIVERY) I caused said envelope(s) with prepaid delivery charges to be placed in the UPS Box at Pasadena, California.

Executed on July 5, 2012, at Pasadena, California.

____ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**XXX** (FEDERAL) I declare that I am employed by a member of the Bar of this Court, and that this service was made under the supervision of said attorney.

Gina Marston