1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, CONTRACT COMPLIANCE FUND and the LOS ANGELES ELECTRICAL WORKERS CREDIT UNION,<br><br>        Plaintiffs,<br><br>  vs.<br><br>PC ELECTROCRAFT, INC., a California corporation, also doing business as "P C ELECTRO CRAFT INC"<br><br>        Defendant. | Case No.: CV 12-04049 JAK(JEMx)<br><br>Assigned to the Honorable John A. Kronstadt<br><br>**JUDGMENT**<br><br>**JS-6** |

///

///

///

1

~0421959.DOC

Judgment

1  Upon application by plaintiffs herein for a default judgment pursuant to Fed. R. Civ. Proc. 55(b), and it appearing to the Court that the default of defendant PC Electrocraft, a California corporation, also doing business as "P C Electro Craft Inc", was entered on June 28, 2012, in the office of the Clerk of this Court; and that no proceedings have been taken by the defendant since default was entered, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National Electrical Benefit Fund, Contract Compliance Fund and the Los Angeles Electrical Workers Credit Union, shall recover from defendant PC Electrocraft, a California corporation, also doing business as "P C Electro Craft Inc" the principal amount of $412,819.73, plus attorneys' fees of $15,660.00, costs of suit of $409.00, and post-judgment interest as provided by law.

Date: August 10, 2012

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE