WHEN RECORDED MAIL TO:

Laquer, Urban, Clifford & Hodge LLP
J. Paul Moorhead, State Bar No. 240029
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030

FOR OFFICE USE ONLY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Trustees of the Southern California IBEW-NECA Pension Plan, et al.<br><br>PLAINTIFF(S),<br>v.<br><br>PC Electrocraft, Inc., a California corporation, also doing business as "PC Electro Craft Inc."<br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 12-04049 JAK (JEMx)<br><br>ABSTRACT OF JUDGMENT/ORDER |

I certify that in the above-entitled action and Court, Judgment/Order was entered on August 10, 2012 in favor of Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National Electrical Benefit Fund, Contract Compliance Fund and the Los Angeles Electrical Workers Credit Union

whose address is 6023 Garfield Avenue, Commerce, California 90040

and against PC Electrocraft, a California corporation, also doing business as "PC Electro Craft Inc."

whose last known address is 725 Battery Street, San Pedro, California 90731

for $412,819.73  Principal, $0.00  Interest, $409.00  Costs, and $15,660.00  Attorney Fees.

ATTESTED this 21st day of August, 2012.

Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number; _____ (last 4 digits) ☑ Unknown.

☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

725 Battery Street
San Pedro, California 90731

CLERK, U.S. DISTRICT COURT

By  JULIE PRADO
    Deputy Clerk

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

G-18 (03/12)  ABSTRACT OF JUDGMENT/ORDER