| | |
|---|---|
| 1 | **LAQUER, URBAN, CLIFFORD & HODGE LLP** |
| 2 | J. Paul Moorhead, State Bar No. 240029<br>Email: Moorhead@luch.com |
| 3 | 225 South Lake Avenue, Suite 200<br>Pasadena, California 91101-3030 |
| 4 | Telephone: (626) 449-1882<br>Facsimile: (626) 449-1958 |
| 5 | Counsel for Plaintiffs, Trustees of the Southern California |
| 6 | IBEW-NECA Pension Plan, et al. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et al., | Case No.: CV 12-04049 JAK (JEMx) |
| Judgment Creditors, | Assigned to the Honorable John A. Kronstadt |
| v. | **EX PARTE APPLICATION FOR ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER** |
| PC ELECTROCRAFT, INC., etc. | |
| Judgment Debtor. | [LOCAL RULES 7-19 and 64-2] |
| | [NO HEARING REQUIRED] |

Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National Electrical Benefit Fund, Contract Compliance Fund and the Los Angeles Electrical Workers Credit Union (collectively "Judgment Creditors") hereby request an order for service of process by a registered process server in lieu of the United States Marshals Service to serve writs of execution in the above-entitled matter.  The United States Marshal shall remain the levying officer.  Local Rule 64-2

requires the United States Marshal to serve writs of execution unless this Court specially appoints a private process server to do so.

This post judgment application is made *ex parte* pursuant to Local Rule 7-19 and 7-19.2 because Judgment Creditors are concerned that notice hereof will result in the Judgment Debtor removing assets from its accounts which are subject to levy.

This application is supported by the memorandum of points and authorities and the declaration of J. Paul Moorhead, filed herewith.

Dated: August 29, 2012  Respectfully Submitted,

LAQUER URBAN CLIFFORD & HODGE LLP

By: /s/ *J. Paul Moorhead*
     J. Paul Moorhead
Counsel for Plaintiffs, Trustees of the Southern
California Pension Plan, et al.