**LAQUER, URBAN, CLIFFORD & HODGE LLP**
J. Paul Moorhead, State Bar No. 240029
Email: Moorhead@luch.com
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Telephone: (626) 449-1882
Facsimile: (626) 449-1958

Counsel for Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, et al.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et al.,<br><br>　　　　　　Judgment Creditors,<br><br>　　v.<br><br>PC ELECTROCRAFT, INC., etc.<br><br>　　　　　　Judgment Debtor. | Case No.: CV 12-04049 JAK (JEMx)<br><br>Assigned to the Honorable John A. Kronstadt<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION FOR ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER**<br><br>[LOCAL RULES 7-19 and 64-2]<br><br>[NO HEARING REQUIRED] |

　　　　Pursuant to Local Rule 7-19, Trustees of the Southern California IBEW-NECA Pension Plan, et al. ("Judgment Creditors"), submit the following memorandum of points and authorities in support of their *ex parte* application for an order authorizing any writs of execution issued in this matter to be served by a private process server.

**I.　　SUMMARY OF FACTS.**

　　　　Judgment was entered herein on August 10, 2012, in favor of Judgment Creditors and against PC Electrocraft, a California corporation, also doing business

as "P C Electro Craft Inc." ("Judgment Debtor").  Declaration of J. Paul Moorhead in Support of Ex Parte Application for Order for Service of Process by Registered Process Server ("Decl. Moorhead"), ¶ 2.  Said Judgment has not been vacated or reversed, and the amount of $48,011.61 is owing and unpaid.  Decl. Moorhead, ¶ 2.  There is no stay of execution as to the Judgment Debtor.  Decl. Moorhead, ¶ 2.

## II. CALIFORNIA LAW ALLOWS ASSETS TO BE COLLECTED BY WRIT OF EXECUTION.

A California judgment creditor may levy upon accounts receivable and other intangibles by serving a writ of execution and a notice of levy on the account debtor. CAL.CIV.PROC.CODE §§ 700.010, 700.170(a).  This method of levy is incorporated by Rule 69(a) of the Federal Rules of Civil Procedure.  FED.R.CIV.P. 69(a).

## III. THE COURT MAY HEAR THIS EX PARTE APPLICATION WITHOUT NOTICE PURSUANT TO LOCAL RULE 7-19.2.

Judgment Creditors request that this Court hear the present *ex parte* application without notice to the Judgment Debtor, as permitted by Local Rule 7-19.2.  Judgment Creditors are concerned that if the Judgment Debtor became aware of plans to serve a writ of execution by way of notice of this *ex parte* application, the subject assets would be removed and dissipated before Judgment Creditors could act. Decl. Moorhead, ¶ 4.

## IV. THE COURT MAY ASSIGN THE TASK OF LEVYING TO A PRIVATE PERSON UNDER LOCAL RULE 64-2.

Although the United States Marshal remains the levying officer in civil cases, this Court may appoint a licensed private process server to serve a writ of execution on third parties holding assets of a judgment debtor.  See Local Rule 64-2.  The United States Marshal no longer performs services of certain types of levies, including bank levies.  Decl. Moorhead, ¶ 4.  Judgment Creditors therefore request an order from this Court authorizing service of writs of execution in this matter by a licensed private process server.  The Judgment Debtor will receive proper notice of

any levy pursuant to CAL.CIV.PROC.CODE § 699.540

## V.    CONCLUSION.

For the reasons set forth herein, Judgment Creditors respectfully request that this Court grant the within *ex parte application* and issue an order authorizing writs of execution in this case to be served by a licensed private process server.

Dated: August 29, 2012          Respectfully Submitted,

LAQUER URBAN CLIFFORD & HODGE LLP

By: /s/*J. Paul Moorhead*
    J. Paul Moorhead
Counsel for Plaintiffs, Trustees of the Southern
California IBEW-NECA Pension Plan, et al.