# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA Pension Plan, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PC ELECTROCRAFT, INC., etc.<br><br>Defendants. | Case No.: CV 12-04049 JAK(JEMx)<br><br>Assigned to the Honorable John A. Kronstadt<br><br>**ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER**<br><br>[LOCAL RULES 7-19 and 64-2]<br><br>[NO HEARING REQUIRED] |

1   Good cause appearing from the foregoing application of the Judgment
2   Creditors,

3   **IT IS HEREBY ORDERED** that any writs of execution issued by the Clerk
4   for the United States District Court, Central District of California, in the present case
5   may be served by a licensed private process server over the age of 18, in lieu of the
6   United States Marshals Office. The United States Marshals Office shall remain the
7   levying officer.

8   The clerk shall issue any writ of execution forthwith and release that writ of
9   execution to the Judgment Creditors' attorney or its agents for purpose of complying
10  with this Order.

12  DATED: September 5, 2012

    _____
    UNITED STATES DISTRICT JUDGE

2
**ORDER FOR SERVICE BY REGISTERED PROCESS SERVER**
EX%20PARTE_ORDER%20FOR%20SERVICE%20OF%20PROCESS[1].DOC