Laquer, Urban, Clifford & Hodge LLP
J. Paul Moorhead, State Bar No. 240029
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030

FILED
CLERK U.S. DISTRICT COURT
SEP - 4 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ JV _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

"Writ Issued"

| Trustees of the Southern California IBEW-NECA Pension Plan, et al. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 12-04049 JAK (JEMx) |
| v. | |
| PC Electrocraft, Inc., a California corporation, also doing business as "PC Electro Craft Inc." | AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION |
| DEFENDANT(S). | |

☒ State of California, County of Los Angeles _____

☐ State of _____, County of _____

I, J. Paul Moorhead _____ hereby state under penalty of perjury that,

1. Judgment for $ 428,888.73 was entered on 08/10/2012 on the docket of the above-entitled action in the U. S. District Court, Central District of California in favor of Trustees of the Southern California - see attachment as Judgment Creditor, and against PC Electrocraft, Inc. - see attachment as Judgment Debtor.

   **If this is a Registered Judgment from another Court or District, include the following information.*** Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case Number _____ in the United States District Court for the _____ District of _____ and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of judgment in the Central District of California are the following sums:
   $ 3.80 _____ accrued interest, computed at 0.17 % (See note.)
   $ 0.00 _____ accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ 380,880.92 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Pasadena _____,
State of California _____, this 29 date of August _____, 2012 _____.

_____
Signature

*Note: Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the district of origin and calculated as of the date of entry in that district.

CV-24 (06/01)        AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION

**Judgment Creditors:**

    Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National Electrical Benefit Fund, Contract Compliance Fund and the Los Angeles Electrical Workers Credit Union

**Judgment Debtors:**

    PC Electrocraft, a California corporation, also doing business as "P C Electro Craft Inc."