**LAQUER, URBAN, CLIFFORD & HODGE LLP**
J. Paul Moorhead, State Bar No. 240029
Email: moorhead@luch.com
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Telephone: (626) 449-1882
Facsimile: (626) 449-1958

Counsel for Plaintiffs/Judgment Creditors, Trustees of the Southern California IBEW-NECA Pension Plan, et al.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PC ELECTROCRAFT, INC., a California corporation, also doing business as "P C ELECTRO CRAFT INC.". <br><br> Defendant. | Case No.: CV 12-04049 JAK (JEMx) <br><br> Assigned to the Honorable Magistrate Judge John E. McDermott <br><br> **APPLICATION FOR EXAMINATION OF FRANK COLARUOTOLO, OFFICER OF JUDGMENT DEBTOR** <br><br> DATE: January 8, 2013 <br> TIME: 10:00 a.m. <br> CRM: C, 8th Floor |

-1-
**APPLICATION FOR EXAMINATION OF FRANK COLARUOTOLO,**
**OFFICER OF DEFENDANT/JUDGMENT DEBTOR**

620120.doc

The Plaintiffs and Judgment Creditors, Trustees of the Southern California IBEW-NECA Pension Plan, et al., hereby request an Order directing the appearance of Frank Colaruotolo, officer of Defendant and Judgment Debtor, PC Electrocraft, a California corporation, also doing business as "PC Electro Craft Inc." ("Judgment Debtor") and an order directing the production of certain documents subject to the ownership and control of the Judgment Debtor.. This application is supported by the Declaration of J. Paul Moorhead and the proposed order filed herewith.

Dated: November 15, 2012

Respectfully Submitted,

LAQUER URBAN CLIFFORD & HODGE LLP

By: */S/ - J. Paul Moorhead*
    J. Paul Moorhead,
    Counsel for Plaintiffs/Judgment Creditors,
    Trustees of the Southern California IBEW-NECA Pension Plan, et al.