1  **LAQUER, URBAN, CLIFFORD & HODGE LLP**
   J. Paul Moorhead, State Bar No. 240029
2  Email: moorhead@luch.com
   225 South Lake Avenue, Suite 200
3  Pasadena, California 91101-3030
   Telephone: (626) 449-1882
4  Facsimile: (626) 449-1958

5  Counsel for Plaintiffs/Judgment Creditors, Trustees of the
6  Southern California IBEW-NECA Pension Plan, et al.

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | TRUSTEES OF THE SOUTHERN           | Case No.: CV 12-04049 JAK (JEMx)
12 | CALIFORNIA IBEW-NECA PENSION       |
   | PLAN, et al.,                       | Assigned to the Honorable Magistrate
13 |                                     | Judge John E. McDermott
   |       Plaintiffs,                   |
14 |                                     | **DECLARATION IN SUPPORT OF**
   | vs.                                 | **APPLICATION FOR**
15 |                                     | **EXAMINATION OF FRANK**
   | PC ELECTROCRAFT, INC., a California | **COLARUOTOLO, OFFICER OF**
16 | corporation, also doing business as | **JUDGMENT DEBTOR**
   | "P C ELECTRO CRAFT INC.".           |
17 |                                     | DATE:  January 8, 2013
   |       Defendant.                    | TIME:  10:00 a.m.
18 |                                     | CRM:   C, 8th Floor

19

20         I, J. Paul Moorhead, declare:

21         1.    I am a member of the bar of this Court and I am associated with Laquer,

22  Urban, Clifford & Hodge LLP, attorneys of record for Plaintiffs and Judgment

23  Creditors, Trustees of the Southern California IBEW-NECA Pension Plan, et al.,

24  ("Judgment Creditors"), in the above-entitled action.

25         2.    Judgment was entered herein on August 10 2012, in favor of the

26  Judgment Creditors and against Defendant and Judgment Debtor PC Electrocraft, a

27  California corporation, also doing business as "P C Electro Craft Inc." ("Judgment

28

---
**DECLARATION IN SUPPORT OF APPLICATION FOR EXAMINATION OF FRANK COLARUOTOLO**
620119.DOC

Debtor"). Said judgment has not been vacated or reversed and the amount of $48,029.50 is owing and unpaid. There is no stay of execution and execution may be properly issued.

3. I am informed and believe that Frank Colaruotolo, officer of Judgment Debtor, resides and/or does business in San Pedro, California, which is less than 150 miles away from the place of the proposed judgment debtor examination.

4. The Judgment Debtor has not been examined previously.

5. I estimate the time for hearing the examination in this matter will be approximately two hours. The subject of this examination will be the location and identification of all assets of the Judgment Debtor. In addition to the appearance of Mr. Frank Colaruotolo, the current financial statements and records of Judgment Debtor are necessary for a complete examination to be conducted.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed on November 15, 2012, at Pasadena, California.

>*/s/     J. Paul Moorhead*
> J. Paul Moorhead