1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PC ELECTROCRAFT, INC., a California corporation, also doing business as "P C ELECTRO CRAFT INC.". <br><br> Defendant. | Case No.: CV 12-04049 JAK (JEMx) <br><br> Assigned to the Honorable Magistrate Judge John E. McDermott <br><br> **[Proposed] ORDER FOR APPEARANCE OF FRANK COLARUOTOLO, OFFICER OF DEFENDANT AND JUDGMENT DEBTOR** <br><br> DATE: January 8, 2013 <br> TIME: 10:00 a.m. <br> CRM: C, 8th Floor |

GOOD CAUSE APPEARING from the application of the Plaintiffs and Judgment Creditors, Trustees of the Southern California IBEW-NECA Pension Plan, et al., IT IS ORDERED that Frank Colaruotolo appear in Courtroom C, 8TH Floor, of the United States Courthouse for the Central District of California, located 312 North Spring Street, Los Angeles, California, on January 8, 2013, at 10:00 a.m., and answer questions concerning property subject to the ownership and control of Defendant and Judgment Debtor PC Electrocraft, Inc., a California corporation, also doing business as "P C Electro Craft Inc." ("Judgment Debtor"), before the Honorable John E. McDermott, United States Magistrate Judge.

///

IT IS FURTHER ORDERED that personal service upon the Judgment Debtor is required. *See* Cal. Code Civ. Proc. § 708.110(d).

IT IS FURTHER ORDERED that Frank Colaruotolo bring with him the following documents under his control, or under the control of his agents, attorneys or accountants (photocopies may be produced in lieu of originals):

1. All financial statements prepared by or on behalf of Judgment Debtor for the time period from June 1, 2011, through the present.

2. All monthly bank statements of Judgment Debtor for all of its checking accounts and savings accounts for the time period from June 1, 2011, through the present.

3. All savings account, pass books, certificates of deposit and trust certificates in the name of Judgment Debtor for the time period from June 1, 2011, through the present.

4. All negotiable instruments and negotiable securities in the name of Judgment Debtor or owned by Judgment Debtor.

5. All accounts receivable of Judgment Debtor for the time period from June 1, 2011, through the present.

6. All evidence and memoranda of any ownership interest of Judgment Debtor in any corporation, partnership, unincorporated association or any business organized or conducted for production of income.

7. All evidence and memoranda of any income received by Judgment Debtor from June 1, 2011, through the present to include, but not limited to, copies of tax returns, insurance proceeds, or repayment of loans.

8. All evidence of any ownership interest of Judgment Debtor to include but not limited to bills of sale, pink slips or any other record of title, in any motor vehicle, airplane, boat, equipment or heavy machinery from June 1, 2011, through the present.

9. All evidence of any license, to include but not limited to business or professional license, issued by any city, county, state or any federal government

agency or department in the name of Judgment Debtor and covering any period of time from June 1, 2011, through the present.

10. All evidence of any debts or payments owed to Judgment Debtor to include but not limited to those arising from loans or judgments, for the time period from June 1, 2011, through the present.

11. Any and all evidence or other memoranda indicating that Judgment Debtor was either a plaintiff or a defendant in any lawsuit since June 1, 2011.

12. Any evidence and memoranda indicating that Judgment Debtor received any judgment, award, bequest or devise in any lawsuit or other court action since June 1, 2011.

13. Any evidence and memoranda indicating an ownership interest of Judgment Debtor in any patent, invention, trade name, or copyright.

14. Any evidence and memoranda indicating an ownership interest of Judgment Debtor in any real property or developments on real property.

15. All subcontracts entered into by Judgment Debtor to perform construction projects for the time period from June 1, 2011, through the present.

16. All invoices for services performed by Judgment Debtor on construction projects for the time period from June 1, 2011, through the present.

17. Judgment Debtor's, cash disbursement journals and check registers for the time period from June 1, 2011, through the present.

18. Evidence of all payments made by Judgment Debtor to its creditors from the date of service of this Order through the date of the hearing.

///
///
///
///
///
///

## NOTICE TO JUDGMENT DEBTOR

**IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY ORDER THAT YOU PAY THE REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.**

DATED: _____          _____
                                       UNITED STATES MAGISTRATE JUDGE

**ORDER FOR APPEARANCE OF FRANK COLARUOTOLO**

620131.DOC