# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 12-4049-JAK (JEMx) | Date | January 8, 2013 |
|---|---|---|---|
| Title | TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION TRUST FUND, et al. v. PC ELECTROCRAFT INC. | | |

Present: The Honorable **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE**

| S. Anthony | CS 01/08/2013 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| J. Paul Moorhead, Esq.<br>Laquer Urban Clifford & Hodge LLP | None |

**Proceedings:** JUDGMENT DEBTOR EXAMINATION OF (Non-Appearance)

    Counsel for Plaintiff appeared. The judgment debtor did not appear and the examination was taken off-calendar.

|  | : | 02 |
|---|---|---|
|  | Initials of Preparer | sa |