**LAQUER, URBAN, CLIFFORD & HODGE LLP**
J. Paul Moorhead, State Bar No. 240029
  Email: moorhead@luch.com
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Telephone: (626) 449-1882
Facsimile: (626) 449-1958

Counsel for Plaintiffs, Trustees of the Southern California
IBEW-NECA Pension Plan, et al.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et al.,<br><br>    Plaintiffs / Judgment Creditors,<br><br>    vs.<br><br>PC ELECTROCRAFT, INC., etc.<br><br>    Defendant / Judgment Debtor. | Case No.: CV 12-04049 JAK(JEMx)<br><br>Assigned to the Honorable<br>John A. Kronstadt<br><br>**APPLICATION FOR AN ORDER TO SHOW CAUSE RE: CONTEMPT AND FOR SANCTIONS**<br><br><u>Requested Date for OSC</u>:<br>  March 25, 2013, at 8:30 a.m.<br><br>Filed Separately, Concurrently, and in Support Thereof:<br>1.  Memorandum of Points and Authorities;<br>2.  Declaration of J. Paul Moorhead;<br>3.  [Proposed] Order |

TO THE HONORABLE JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE:

  Judgment Creditors Trustees of the Southern California IBEW-NEA Pension Plan, et al. (the "Trustees") hereby request that the Court set an Order requiring that Frank Colaruotolo, officer of Judgment Debtor PC Electrocraft, Inc. ("PC Electrocraft"), appear and show cause why he should not be held in contempt of Court for failing to

comply with the Court's previous Order for examination of debtor and production of documents, and why he should not be required to pay the Trustees' attorneys' fees associated with his failure to comply with the Court's previous Order.  The application is based on the following grounds:

    1.    On August 10, 2012, this Court entered judgment in favor of the Trusts and against PC Electrocraft.

    2.    On November 19, 2012, Magistrate Judge John E. McDermott entered an "Order for Appearance of Frank Colaruotolo, Officer of Defendant and Judgment Debtor."  This Order required that Frank Colaruotolo appear for examination and produce requested documents on January 8, 2013.

    3.    Judge McDermott's Order was personally served on Frank Colaruotolo on November 27, 2012.

    4.    Frank Colaruotolo failed to appear, failed to produce the requested documents, and failed to respond in any way to the Court's order.  Frank Colaruotolo's actions have frustrated the collection efforts of the Trusts and have caused needless delays and expenses.

Respectfully Submitted:

Dated: January 14, 2013    LAQUER, URBAN, CLIFFORD & HODGE LLP

By: */S/ - J. Paul Moorhead*
J. Paul Moorhead, Counsel for Plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, et al.