**LAQUER, URBAN, CLIFFORD & HODGE LLP**
J. Paul Moorhead, State Bar No. 240029
  Email: moorhead@luch.com
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Telephone: (626) 449-1882
Facsimile: (626) 449-1958

Counsel for Plaintiffs, Trustees of the Southern California
IBEW-NECA Pension Plan, et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et al., <br><br> Plaintiffs / Judgment Creditors, <br><br> vs. <br><br> PC ELECTROCRAFT, INC., etc. <br><br> Defendant / Judgment Debtor. | Case No.: CV 12-04049 JAK(JEMx) <br><br> Assigned to the Honorable John A. Kronstadt <br><br> **DECLARATION OF J. PAUL MOORHEAD IN SUPPORT OF APPLICATION FOR AN ORDER TO SHOW CAUSE RE: CONTEMPT AND FOR SANCTIONS** <br><br> Requested Date for OSC: <br>   March 25, 2013, at 8:30 a.m. |

I, J. Paul Moorhead, declare:

1.  I am an attorney duly licensed to practice law in the State of California and before this District Court. I am an associate with Laquer, Urban, Clifford & Hodge LLP ("LUCH"), counsel of record for Judgment Creditors Trustees of the Southern California IBEW-NECA Pension Plan, et al. (the "Trustees"), and I am the main attorney responsible for the prosecution of the action.

2.  The Trustees seek to recover and collect on their judgment against Judgment Debtor PC Electrocraft, Inc. ("PC Electrocraft"). A true and correct copy of

///

1

640033

Application for OSC

1  the judgment entered against PC Electrocraft on August 10, 2012, is attached hereto as
2  **Exhibit A**.

3      3.    On November 19, 2012, Magistrate Judge John E. McDermott entered an
4  "Order for Appearance of Frank Colaruotolo, Officer of Defendant and Judgment
5  Debtor." This Order required that Frank Colaruotolo appear for examination and
6  produce requested documents on January 8, 2013. A true and correct copy of the Order
7  is attached hereto as **Exhibit B**. Judge McDermott's Order was personally served on
8  Frank Colaruotolo on November 27, 2012. Proof of this service is attached hereto as
9  **Exhibit C**.

10      4.    On January 8, 2013, I appeared before Judge McDermott on the behalf of
11  the Trustees. Frank Colaruotolo failed to appear for the examination, nor did he
12  produce any of the requested documents. A true and correct copy of the Civil Minutes
13  indicating that Frank Colaruotolo failed to appear is attached hereto as **Exhibit D**.

14      5.    The Trustees incurred reasonable attorneys' fees of $675.00 (2.7 hours at a
15  rate of $250.00 per hour) preparing for and appearing at the examination before Judge
16  McDermott on January 8, 2013. The Trustees incurred reasonable attorneys' fees of
17  $550.00 (2.2 hours at a rate of $250.00 per hour) in preparing this application for an
18  Order to Show Cause Re Contempt.

20      I declare under penalty of perjury under the laws of the United States of America
21  that the foregoing is true and correct, and that this declaration was executed on January
22  14, 2013, at Pasadena, California.

24                          */s/ J. Paul Moorhead*
25                          J. Paul Moorhead

640033