# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, CONTRACT COMPLIANCE FUND and the LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, <br><br> Plaintiffs, <br><br> vs. <br><br> PC ELECTROCRAFT, INC., a California corporation, also doing business as "P C ELECTRO CRAFT INC" <br><br> Defendant. | Case No.: CV 12-04049 JAK(JEMx) <br><br> Assigned to the Honorable John A. Kronstadt <br><br> **JUDGMENT** <br><br> **JS-6** |

///

///

///

1  Upon application by plaintiffs herein for a default judgment pursuant to Fed. R.
2  Civ. Proc. 55(b), and it appearing to the Court that the default of defendant PC
3  Electrocraft, a California corporation, also doing business as "P C Electro Craft Inc", was
4  entered on June 28, 2012, in the office of the Clerk of this Court; and that no proceedings
5  have been taken by the defendant since default was entered, and for good cause shown,

6  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the plaintiffs,
7  Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern
8  California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County
9  Electrical Educational and Training Trust Fund, Trustees of the Southern California
10 IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National
11 Electrical Benefit Fund, Contract Compliance Fund and the Los Angeles Electrical
12 Workers Credit Union, shall recover from defendant PC Electrocraft, a California
13 corporation, also doing business as "P C Electro Craft Inc" the principal amount of
14 $412,819.73, plus attorneys' fees of $15,660.00, costs of suit of $409.00, and post-
15 judgment interest as provided by law.

17 Date: August 10, 2012  _____
18                          JOHN A. KRONSTADT
                            UNITED STATES DISTRICT JUDGE

2

~0421959.DOC

Judgment

**EXHIBIT A - 4**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PC ELECTROCRAFT, INC., a California corporation, also doing business as "P C ELECTRO CRAFT INC.". <br><br> Defendant. | Case No.: CV 12-04049 JAK (JEMx) <br><br> Assigned to the Honorable Magistrate Judge John E. McDermott <br><br> [~~Proposed~~] ORDER FOR APPEARANCE OF FRANK COLARUOTOLO, OFFICER OF DEFENDANT AND JUDGMENT DEBTOR <br><br> DATE: January 8, 2013 <br> TIME: 10:00 a.m. <br> CRM: C, 8th Floor |

GOOD CAUSE APPEARING from the application of the Plaintiffs and Judgment Creditors, Trustees of the Southern California IBEW-NECA Pension Plan, et al., IT IS ORDERED that Frank Colaruotolo appear in Courtroom C, 8TH Floor, of the United States Courthouse for the Central District of California, located 312 North Spring Street, Los Angeles, California, on January 8, 2013, at 10:00 a.m., and answer questions concerning property subject to the ownership and control of Defendant and Judgment Debtor PC Electrocraft, Inc., a California corporation, also doing business as "P C Electro Craft Inc." ("Judgment Debtor"), before the Honorable John E. McDermott, United States Magistrate Judge.

///

  IT IS FURTHER ORDERED that personal service upon the Judgment Debtor is required. *See* Cal. Code Civ. Proc. § 708.110(d).

  IT IS FURTHER ORDERED that Frank Colaruotolo bring with him the following documents under his control, or under the control of his agents, attorneys or accountants (photocopies may be produced in lieu of originals):

  1. All financial statements prepared by or on behalf of Judgment Debtor for the time period from June 1, 2011, through the present.

  2. All monthly bank statements of Judgment Debtor for all of its checking accounts and savings accounts for the time period from June 1, 2011, through the present.

  3. All savings account, pass books, certificates of deposit and trust certificates in the name of Judgment Debtor for the time period from June 1, 2011, through the present.

  4. All negotiable instruments and negotiable securities in the name of Judgment Debtor or owned by Judgment Debtor.

  5. All accounts receivable of Judgment Debtor for the time period from June 1, 2011, through the present.

  6. All evidence and memoranda of any ownership interest of Judgment Debtor in any corporation, partnership, unincorporated association or any business organized or conducted for production of income.

  7. All evidence and memoranda of any income received by Judgment Debtor from June 1, 2011, through the present to include, but not limited to, copies of tax returns, insurance proceeds, or repayment of loans.

  8. All evidence of any ownership interest of Judgment Debtor to include but not limited to bills of sale, pink slips or any other record of title, in any motor vehicle, airplane, boat, equipment or heavy machinery from June 1, 2011, through the present.

  9. All evidence of any license, to include but not limited to business or professional license, issued by any city, county, state or any federal government

agency or department in the name of Judgment Debtor and covering any period of time from June 1, 2011, through the present.

10. All evidence of any debts or payments owed to Judgment Debtor to include but not limited to those arising from loans or judgments, for the time period from June 1, 2011, through the present.

11. Any and all evidence or other memoranda indicating that Judgment Debtor was either a plaintiff or a defendant in any lawsuit since June 1, 2011.

12. Any evidence and memoranda indicating that Judgment Debtor received any judgment, award, bequest or devise in any lawsuit or other court action since June 1, 2011.

13. Any evidence and memoranda indicating an ownership interest of Judgment Debtor in any patent, invention, trade name, or copyright.

14. Any evidence and memoranda indicating an ownership interest of Judgment Debtor in any real property or developments on real property.

15. All subcontracts entered into by Judgment Debtor to perform construction projects for the time period from June 1, 2011, through the present.

16. All invoices for services performed by Judgment Debtor on construction projects for the time period from June 1, 2011, through the present.

17. Judgment Debtor's, cash disbursement journals and check registers for the time period from June 1, 2011, through the present.

18. Evidence of all payments made by Judgment Debtor to its creditors from the date of service of this Order through the date of the hearing.

///
///
///
///
///
///

**NOTICE TO JUDGMENT DEBTOR**

**IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY ORDER THAT YOU PAY THE REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.**

DATED:  November 19, 2012         /s/John E. McDermott_____
                                  UNITED STATES MAGISTRATE JUDGE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar Number & Address):<br>J. PAUL MOORHEAD  (SBN 240029)<br>LAQUER URBAN CLIFFORD & HODGE LLP<br>225 S. LAKE AVE., SUITE 200<br>PASADENA, CA  91101<br><br>ATTORNEY FOR (Name): JUDGMENT CREDITOR | TELEPHONE NO.:<br>(626) 449-1882<br><br>TRACKING NO.:<br>840130 | FOR COURT USE ONLY |
|---|---|---|
| NAME OF COURT & DISTRICT/BRANCH, IF ANY:<br>UNITED STATES DISTRICT COURT/CENTRAL DISTRICT ||| 
| SHORT TITLE OF CASE:<br>TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, ET AL. VS.<br>PC ELECTROCRAFT, INC., A CALIFORNIA CORPORATION |||

| PROOF OF SERVICE | HEARING DATE:<br>JANUARY 8, 2013 | TIME:<br>10:00 AM | DEPT./DIV.:<br>C | CASE NUMBER:<br>CV 12-04049 JAK (JEMx) |
|---|---|---|---|---|

1. I served the:
   a. **ORDER FOR APPEARANCE OF FRANK COLARUOTOLO, OFFICER OF DEFENDANT AND JUDGMENT DEBTOR**

   b. on (name): FRANK COLARUOTOLO

   c. by serving: FRANK COLARUOTOLO

   d. by delivery:  ☐ TO RESIDENCE     ☒ TO BUSINESS     ☐ OTHER ( )
      1. date: NOVEMBER 27, 2012
      2. time: 3:53 PM
      3. address: 725 BATTERY STREET
                 SAN PEDRO, CA  90731

   e. ☐ by mailing
      1. date:
      2. place:

   f. ☐ witness fees paid.              ☐ production fees paid.
         amount:.........$_____           amount:.........$_____

2. Manner of service:  PERSONAL SERVICE

3. At the time of service I was at least 18 years old and not a party to the action.

4. Process Server:
   GABRIELA MELENDEZ
   800 W. 1ST St., Suite 200B
   Los Angeles, CA  90012
   (213) 607-9000

   ☐ Not A Registered California Process Server
   ☒ Registered California Process Server
   ☒ Registration No.: 5644
   ☒ County: LOS ANGELES
   ☐ Fee for service: $

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on :

Date:  DECEMBER 3, 2012                    Signature _____

**EXHIBIT C - 9**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 12-4049-JAK (JEMx) | Date | January 8, 2013 |
|---|---|---|---|
| Title | TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION TRUST FUND, et al. v. PC ELECTROCRAFT INC. | | |

| Present: The Honorable | JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE |
|---|---|
| S. Anthony | CS01/08/2013 |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| J. Paul Moorhead, Esq. Laquer Urban Clifford & Hodge LLP | None |

**Proceedings:**      **JUDGMENT DEBTOR EXAMINATION OF (Non-Appearance)**

Counsel for Plaintiff appeared. The judgment debtor did not appear and the examination was taken off-calendar.

|  | : | 02 |
|---|---|---|
|  | Initials of Preparer | sa |