# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et al., <br><br> Plaintiffs / Judgment Creditors, <br><br> vs. <br><br> PC ELECTROCRAFT, INC., etc. <br><br> Defendant / Judgment Debtor. | Case No.: CV 12-04049 JAK(JEMx) <br><br> Assigned to the Honorable <br> John A. Kronstadt <br><br> **[Proposed] ORDER REQUIRING THAT FRANK COLARUOTOLO SHOW CAUSE RE: CONTEMPT AND SANCTIONS** <br><br> Hearing Information: <br> Date:   March 25, 2013 <br> Time:   8:30 a.m. <br> Court:  Dept. 750 – 7th Floor <br> 255 East Temple Street <br> Los Angeles, CA 90012 |

**IT IS HEREBY ORDERED** that Frank Colaruotolo, appear before United States District Judge John A. Kronstadt, in Courtroom 750 of the United Stated District Court located at 255 East Temple Street, Los Angeles, California, on <u>March 25, 2013, at 8:30 a.m.</u>, to show cause as to why Frank Colaruotolo should not be adjudged guilty of contempt of Court and punished accordingly for the willful action of disobeying the Order of the Court to appear for examination and produce documents, and why sanctions should not be imposed on Frank Colaruotolo. Judgment Creditors shall personally serve this Order on Frank Colaruotolo.

Dated: _____    _____
UNITED STATES DISTRICT JUDGE

640035