1  **LAQUER, URBAN, CLIFFORD & HODGE LLP**
2  J. Paul Moorhead, State Bar No. 240029
     Email: moorhead@luch.com
3  225 South Lake Avenue, Suite 200
   Pasadena, California 91101-3030
4  Telephone: (626) 449-1882
   Facsimile: (626) 449-1958
5
6  Counsel for Plaintiffs, Trustees of the Southern California
   IBEW-NECA Pension Plan, et al.
7

8                UNITED STATES DISTRICT COURT
9                CENTRAL DISTRICT OF CALIFORNIA
10

11 | TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et al., | Case No.: CV 12-04049 JAK(JEMx) |
   |---|---|
   | Plaintiffs / Judgment Creditors, | Assigned to the Honorable John A. Kronstadt |
   | vs. | **STATUS REPORT RE APPLICATION FOR AN ORDER TO SHOW CAUSE RE: CONTEMPT AND SANCTIONS** |
   | PC ELECTROCRAFT, INC., etc. | |
   | Defendant / Judgment Debtor. | Hearing Date and Time: April 22, 2013 at 1:30 p.m. |

19    On August 10, 2012, this Court entered a judgment in favor of the Trustees of the Southern California IBEW-NECA Pension Plan, et al. (the "Trustees") and against PC Electrocraft, Inc. ("PC Electrocraft"). On November 19, 2012, Magistrate Judge John E. McDermott entered an "Order for Appearance of Frank Colaruotolo, Officer of Defendant and Judgment Debtor." This order required that Frank Colaruotolo appear for examination and produce certain requested documents on January 8, 2013. Judge McDermott's order was personally served on Frank Colaruotolo on November 27, 2012. Frank Colaruotolo did not appear and/or produce documents on January 8, 2013.

27 ///
28 ///

Pursuant to an application filed by the Trustees, this Court issued an order requiring that Frank Colaruotolo appear on March 25, 2013, to show cause why he should not be held in contempt for failure to comply with Judge McDermott's order for appearance. Counsel for the Trustees and Frank Colaruotolo appeared before the Court on March 25, 2013. Thereafter, the Court issued an order stating in part: "The Court confers with the parties and grants their request to continue the hearing on the Application to April 22, 2013 at 1:30 p.m. in an effort to resolve the matter informally." The Court required that the Trustees and/or Frank Colaruotolo file a status report by April 17, 2013.

<u>Frank Colaruotolo has now produced documents requested by the Trustees, and has appeared telephonically for a Judgment Debtor Examination (on behalf of PC Electrocraft). The Trustees hereby withdraw their Application for an Order to Show Cause, and request that the Court take the April 22, 2013, hearing off calendar.</u>

Respectfully Submitted:

Dated: April 10, 2013         LAQUER, URBAN, CLIFFORD & HODGE LLP

By: */S/ - J. Paul Moorhead*
    J. Paul Moorhead, Counsel for Plaintiffs
    Trustees of the Southern California IBEW-
    NECA Pension Plan, et al.

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is: 225 South Lake Avenue, Suite 200, Pasadena, California 91101-3030.

On April 10, 2013, I served the foregoing document(s) described below:

**STATUS REPORT RE APPLICATION FOR AN ORDER TO SHOW CAUSE RE: CONTEMPT AND SANCTIONS**

on the interested parties in this action by placing a true copy thereof in a sealed envelope(s) addressed to:

Frank Colaruotolo
PC Electrocraft, Inc.
725 Battery Street
San Pedro, CA 90731
E-Mail: frank@ucmic.com

**XXX** (BY MAIL) I caused said envelope(s) with first class postage prepaid to be placed in the United States mail at Pasadena, California.

**XXX** (BY E-MAIL TRANSMISSION) I caused a true and complete copy of the document described above to be transmitted by e-mail transmission to the e-mail address set forth above.

____ (BY FACSIMILE TRANSMISSION) I caused a true and complete copy of the document described above to be transmitted by facsimile transmission to the telephone number(s) set forth opposite the name(s) of the person(s) set forth above.

____ (BY PERSONAL SERVICE) I caused said envelope(s) to be delivered by hand to the office or the residence of the addressee as shown above.

____ (BY OVERNIGHT DELIVERY) I caused said envelope(s) with prepaid delivery charges to be placed in the UPS Box at Pasadena, California.

Executed on April 10, 2013, at Pasadena, California.

____ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**XXX** (FEDERAL) I declare that I am employed by a member of the Bar of this Court, and that this service was made under the supervision of said attorney.

_____
Gina Marston